2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 13-25353-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William M. Foley, Jr.<br>123 Maryland Avenue<br># 4<br>Millvale PA 15209 | Lisa M. Foley<br>12310 Herold Drive<br>Irwin PA 15642 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/31/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 7: Nationstar Mortgage, PO Box 630267, Irving, TX 75063 | US Bank National Association<br>PO Box 52708<br>Irvine, CA 92619-2708 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/03/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William M. Foley, Jr.
Lisa M. Foley
    Debtors

Case No. 13-25353-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: aala      Page 1 of 1      Date Rcvd: Nov 01, 2016
                        Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2016.
13772620        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
         (address filed with court: Nationstar Mortgage,    PO Box 630267,    Irving, TX 75063)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2016 at the address(es) listed below:
        Daniel P. Foster    on behalf of Plaintiff Lisa M. Foley dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Joint Debtor Lisa M. Foley dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Plaintiff William M. Foley, Jr. dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Daniel P. Foster    on behalf of Debtor William M. Foley, Jr. dan@mrdebtbuster.com,
     clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
        Jill Manuel-Coughlin    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC jill@pkjllc.com,
     chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual
     capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard M. Squire    on behalf of Creditor    U.S. Bank National Association, not in its individual
     capacity but solely as trustee for the RMAC Trust, Series 2016-CTT lcolwell@squirelaw.com,
     kdiskin@squirelaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                     TOTAL: 9