**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **CASE NO. 13-25353-GLT** |
| | : | |
| **William M Foley, Jr and** | : | **CHAPTER 13** |
| **Lisa M Foley,** | : | |
| Debtors, | : | |
| | : | |
| **William M Foley, Jr. and** | : | |
| **Lisa M Foley,** | : | |
| Movants, | : | **DOCKET NO.:** |
| | : | |
| vs. | : | |
| | : | |
| **U.S. Bank National Association, not in** | : | |
| **its individual capacity but solely as** | : | |
| **trustee for the RMAC Trust, Series** | : | |
| **2016-CTT,** | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT AT CLAIM NUMBER 7**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 19, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **March 8, 2017 at 1:30pm** before Judge Gregory L Taddonio, in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>January 27, 2017</u>

Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>

Daniel P. Foster

PA I.D. # 92376

Foster Law Offices

PO Box 966

Meadville, PA 16335

Phone: 814.724.1165

Fax: 814.724.1158

Email:[dan@mrdebtbuster.com](mailto:dan@mrdebtbuster.com)

Attorney for Debtors

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT AT CLAIM NUMBER 7 and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.


Executed on: **February 2, 2017**                  By: /s/ Clarissa Bayhurst
                                                    Clarissa Bayhurst, PARALEGAL
                                                    FOSTER LAW OFFICES
                                                    PO Box 966
                                                    Meadville, PA 16335
                                                    Tel 814.724.1165
                                                    Fax 814.724.1158


### MATRIX

Office of the United States Trustee      KML Law Group, P.C.
Liberty Center                           c/o James C. Warmbrodt, Esquire
1001 Liberty Avenue, Suite 970           701 Market Street, Suite 5000
Pittsburgh PA 15222                      Philadelphia, PA 19106

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

William M. Foley, Jr.
123 Maryland Avenue
# 4
Millvale, PA 15209

Lisa M. Foley
12310 Herold Drive
Irwin, PA 15642

Richard M Squire & Associates LLC
c/o Richard M Squire, Esquire
115 West Avenue
Suite 104
Jenkintown PA 19046