**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 13-25353-GLT |
| | : | |
| William M Foley, Jr and | : | CHAPTER 13 |
| Lisa M Foley, | : | |
|     Debtors, | : | |
| | : | |
| William M Foley, Jr. and | : | |
| Lisa M Foley, | : | |
|     Movants, | : | DOCKET NO.: |
| | : | |
| vs. | : | |
| | : | |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, | : | |
| | : | |
|     And | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

**AMENDED NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT AT CLAIM NUMBER 7**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **February 19, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **March 8, 2017 at 1:30pm** before Judge Gregory L Taddonio, in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>January 27, 2017</u>

                                              Respectfully submitted,
*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtors

**AMENDED CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the DEBTORS' OBJECTION TO MORTGAGE PAYMENT CHANGE OF U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT AT CLAIM NUMBER 7 and Notice of Hearing by First-Class Mail, U.S. Postage Paid on the parties below*.

| | |
|---|---|
| Executed on: **February 2, 2017** | By: */s/ Clarissa Bayhurst* |
| | Clarissa Bayhurst, PARALEGAL |
| | FOSTER LAW OFFICES |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

**MATRIX**

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA 15222

KML Law Group, P.C.
c/o James C. Warmbrodt, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

William M. Foley, Jr.
123 Maryland Avenue
# 4
Millvale, PA 15209

Lisa M. Foley
12310 Herold Drive
Irwin, PA 15642

Richard M Squire & Associates LLC
c/o Richard M Squire, Esquire
115 West Avenue
Suite 104
Jenkintown PA 19046