Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William M. Foley Jr.**
**dba CWI Enterprises**
**Lisa M. Foley**
**aka Lisa M Tessler**
   Debtor(s)

Bankruptcy Case No.: 13–25353–GLT
Related to Docket No. 115
Chapter: 13
Docket No.: 116 – 115
Concil. Conf.: May 11, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 10, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 11, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 23, 2017

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 13-25353-GLT
William M. Foley, Jr.                                            Chapter 13
Lisa M. Foley
      Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: ctak                  Page 1 of 3                  Date Rcvd: Feb 23, 2017
                              Form ID: 213                Total Noticed: 66

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db           #+William M. Foley, Jr.,    123 Maryland Avenue,    # 4,   Millvale, PA 15209-2729
jdb           +Lisa M. Foley,    12310 Herold Drive,    Irwin, PA 15642-2974
13772576      +Acs / College Loan Corp,    501 Bleecker Street,    Utica, NY 13501-2401
13772577      +Acs / Pnc Bank Na,    501 Bleecker Street,    Utica, NY 13501-2401
13772578      +Aldridge Connors LLP,    Bankruptcy Department,    780 Johnson Ferry Road,   # 600,
               Atlanta, GA 30342-1439
13772579      +American Student Assistance Guarantor,    100 Cambridge Street,    Suite 1600,
               Boston, MA 02114-2567
13772580      +Associates / Citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
               Jacksonville, FL 32256-6851
13772583     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank Of America,    PO Box 982238,    El Paso, TX 79998)
13772582      +Bac Home Loans Servicing,    450 American Street,    Simi Valley, CA 93065-6285
13772584      +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
               Wilmington, DE 19899-8833
13772585      +Barua Orthopedics, Ltd,    607 Michigan Avenue,    Jeanette, PA 15644-2433
13772589      +Chase,    Po Box 15298,   Wilmington, DE 19850-5298
13772590      +Chase,    2500 Westfield Drive,    Elgin, IL 60124-7700
13772591      +Chase Bank USA NA,    PO Box 740933,    Dallas, TX 75374-0933
13772592      +Citibank,    PO Box 790034,   Saint Louis, MO 63179-0034
13772593      +College Loan Corporation,    c/o ACS,    PO Box 22724,   Long Beach, CA 90801-5724
13772594       Consecofin,    345 Street Peter / 900 Landmark,    Saint Paul, MN 55102
13772596      +Diversified Collection,    Po Box 9048,    Pleasanton, CA 94566-9000
13805931       ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
13772597       ECMC,    PO Box 75906,    Saint Paul, MN 55175
13772598       Equitable Gas Co,    Allegheny Center Mall,    Pittsburgh, PA 15212
13772599      +Fashion Bug / Soanb,    1103 Allen Drive,    Milford, OH 45150-8763
13772600      +First Indiana,    135 North Pennsylvania Street,    Indianapolis, IN 46204-2464
13772601      +First Premier Bank,    601 South Minnesota Avenue,    Sioux Falls, SD 57104-4868
13772607      +Gregory Javardian, Esquire,    1310 Industrial Boulevard,    1st Floor,   Suite 101,
               Southampton, PA 18966-4030
13798361      +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
13772613      +HSBC Mortgage Services, Inc.,    PO Box 21188,    Saint Paul, MN 55121-0188
13772609      +Harley Davison Credit Corp.,    PO Box 829009,    Dallas, TX 75382-9009
13791556      +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13772610      +Hsbc / Ms,    One HSBC Center,    Buffalo, NY 14203-2843
13772611      +Hsbc / Retail Services,    Attn: Bankruptcy,    Po Box 5263,    Carol Stream, IL 60197-5263
13772612      +Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
13772617      +Missouri Student Loans,    Aes / Ddb,    Po Box 8183,   Harrisburg, PA 17105-8183
13772620     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage,    PO Box 630267,    Irving, TX 75063)
13772618      +National Bankruptcy Services, LLC,    c/o Hilary B. Bonial,    PO Box 9013,
               Addison, TX 75001-9013
13772619      +National City Card Services,    1 National City Parkway,    Kalamazoo, MI 49009-8003
13772622      +PA Department of Labor and Industry,    Attn: Joe Kots,    625 Cherry Street,   Room 203,
               Reading, PA 19602-1152
13772629      +Sears / Cbna,    Attn: Bankruptcy Recovery,    PO Box 790034,   Saint Louis, MO 63179-0034
13772630      +Student Loan Mkt Assn,    Attention: Bankruptcy,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
13772631      +Target,    Po Box 59317,    Minneapolis, MN 55459-0317
13772633      +Tnb - Visa,    Po Box 560284,    Dallas, TX 75356-0284
14314709       US Bank National Association,    PO Box 52708,    Irvine, CA 92619-2708
13772634       Verizon,    500 Technology Drive #550,    Saint Charles, MO  63304-2225
13772635      +Westmoreland Regional Hospital,    532 West Pittsburgh Street,    Greensburg, PA 15601-2282
13772636      +Wfs Financial/Wachovia Dealer Services,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13772581       E-mail/Text: g20956@att.com Feb 24 2017 01:37:18      AT&T Mobility,    PO Box 6416,
               Carol Stream, IL 60197-6416
13787377      +E-mail/Text: g20956@att.com Feb 24 2017 01:37:18      AT&T Mobility II LLC,
               % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
               Bedminster, NJ 07921-2693
13804781       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2017 01:39:46
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13772587      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2017 01:39:46       Capital One, N.a.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
13772588      +E-mail/PDF: rmscedi@recoverycorp.com Feb 24 2017 01:33:32      Capital Recovery II LLC,
               c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue,    Suite 1120,
               Miami, FL 33131-1605
13772595      +E-mail/Text: ccusa@ccuhome.com Feb 24 2017 01:36:31      Credit Collection / Usa,    Po Box 873,
               Morgantown, WV 26507-0873
13772602      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:27       GE Money Bank / HH Gregg,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
```

```
District/off: 0315-2          User: ctak                Page 2 of 3                  Date Rcvd: Feb 23, 2017
                              Form ID: 213              Total Noticed: 66

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13772603      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:27      GE Money Bank / JCPenney,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13772604      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:55      GE Money Bank / Old Navy,
               Attention: Bankruptcy,   Po Box 981400,   ElPaso, TX 79998-1400
13772605      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:55      GE Money Bank / Walmart,
               Po Box 981400,   El Paso, TX 79998-1400
13772606      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:30      GE Money Bank / Walmart Dc,
               Attention: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
13772608      +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 24 2017 01:37:20      Harley Davidson Financial,
               Attn: Bankruptcy,   Po Box 21850,   Carson City, NV 89721-1850
13772614      +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 24 2017 01:36:37      Kohls,
               Attn: Recovery Dept,   Po Box 3120,   Milwaukee, WI 53201-3120
13772615      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2017 01:33:27      Lowes / MBGA,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
13772616      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 24 2017 01:39:46      Midland Funding LLC,
               by American InfoSource LP,   Attn: Department 1,   PO Box 4457,   Houston, TX 77210-4457
13772621      +E-mail/Text: egssupportservices@egscorp.com Feb 24 2017 01:37:10      Nco Financial Systems,
               507 Prudential Road,   Horsham, PA 19044-2308
13850594       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 24 2017 01:45:55
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13788799       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:36:54
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
13772623      +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 24 2017 01:36:55      Pennsylvania Dept. of Revenue,
               Department 280946,   PO Box 280946,   Attention: Bankruptcy Division,
               Harrisburg, PA 17128-0946
13772625      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 24 2017 01:33:34
               Pinnacle Credit Service,   Po Box 640,   Hopkins, MN 55343-0640
13772626      +E-mail/Text: csidl@sbcglobal.net Feb 24 2017 01:37:14      Premier Bank Card / Charter,
               PO Box 2208,   Vacaville, CA 95696-8208
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE, LLC
cr             U.S. Bank National Association, not in its individ
13772586     ##+Bureau Of Collection,   7575 Corporate Way,   Eden Prairie, MN 55344-2022
13772624     ##+Phelan Hallinan & Schmieg, LLP,   c/o Robert P. Wendt,   555 Grant Street,   Suite 360,
               Pittsburgh, PA 15219-4411
13772628     ##+RJM Acquisitions, LLC,   575 Underhill Boulevard,   Suite 2,   Syosset, NY 11791-3416
13772627     ##+Radiologic Consultants LTD,   514 Pellis Road,   Suite 200,   Greensburg, PA 15601-4593
13772632     ##+The Bureaus Inc,   1717 Central Street,   Evanston, IL 60201-1507
                                                                                   TOTALS: 2, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: ctak              Page 3 of 3           Date Rcvd: Feb 23, 2017
                              Form ID: 213            Total Noticed: 66
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Lisa M. Foley dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff William M. Foley, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor William M. Foley, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Lisa M. Foley dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC jill@pkjllc.com,
               chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10
```