# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
| William M Foley, Jr. and | : | Bankruptcy No: 13-25353-GLT |
| Lisa M Foley, | : |  |
| Debtors, | : |  |
|  | : |  |
| William M Foley, Jr., | : |  |
| Movant, | : |  |
|  | : |  |
|  | : | Chapter 13 |

## NOTICE OF CHANGE OF ADDRESS

**Clients Name:**      **William M Foley, Jr.**
**Incorrect Address:**      **123 Maryland Avenue, #4, Millvale PA 15209**

**Correct Address:**      **2942 Brevard Avenue, Brentwood PA 15227**

                                                                                                Respectfully Submitted,

Date: March 1, 2017                                                   /s/ Daniel P. Foster, Esquire
                                                                                                Daniel P. Foster, Esquire
                                                                                                PA I.D. #92376
                                                                                                FOSTER LAW OFFICES
                                                                                                PO Box 966
                                                                                                Meadville, PA 16335
                                                                                                Tel: 814.724.1165
                                                                                                Fax: 814.724.1158
                                                                                                Dan@MrDebtBuster.com
                                                                                                Attorney for Debtor