# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA



FILED

MAR 09 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 13-25353-GLT |
| | : | Chapter: 13 |
| William M. Foley, Jr. | : | |
| Lisa M. Foley | : | |
| | : | Date: 3/8/2017 |
| *Debtor(s).* | : | Time: 01:30 |

## PROCEEDING MEMO

**MATTER:**     #105 - Objection to Mortgage Payment Change of U.S. Bank, N.A. (Claim #7)
#118 - Amended Response by U.S. Bank

**APPEARANCES**:

|  |  |
|---|---|
| Debtor: | Daniel P. Foster |
| U.S. Bank: | Suzanne Ruschak |

**NOTES:**

Foster - Believes that issue has been resolved.

Ruschak - Requests withdrawal of the Notice of Mortgage Payment Change. Will file an amended notice that accurately reflects the payment amount. When loan was transferred to U.S. Bank, did not accurately reflect loan modification in the principal and interest amount.

**OUTCOME:**

1. Order to be issued deeming Notice of Mortgage Payment Change withdrawn. (Text Order to issue).
2. Order to be issued overruling Objection as withdrawn. (Text Order to issue).

**DATED:** 3/8/2017