# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| In re | Case No. 13-25353-GLT |
| William M. Foley, Jr.<br>Lisa M. Foley | Chapter 13 |
| Debtor(s). | **NOTICE OF SATISFACTION OF PROOF OF CLAIM # 4-1** |

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that Household Realty Corporation is charging off the debt related to Proof of Claim number 4-1 filed on 02/21/2014 and considers the Proof of Claim satisfied as of the date of this notice.  Household Realty Corporation will be releasing the lien on the mortgage loan and canceling the mortgage balance.  All future disbursements should cease at this time and any funds received after the date of this notice will be returned to the sender.

Dated: April 27, 2017

Respectfully submitted,
Buckley Madole, P.C.

/s/ Paul W. Cervenka
Paul W. Cervenka
14841 Dallas Parkway, Suite 300
Dallas, TX 752540
(972) 643-6600
Email: POCInquiries@BuckleyMadole.com
Authorized agent for
Household Realty Corporation

RESTRICTED

**CERTIFICATE OF SERVICE OF NOTICE OF SATISFACTION OF CLAIM**

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 28, 2017 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
**William M. Foley, Jr.**
2942 Brevard Avenue
Brentwood, PA 15227
ALLEGHENY-PA

**Lisa M. Foley**
12310 Herold Drive
Irwin, PA 15642
ALLEGHENY-PA

**Debtors' Attorney**
**Daniel P. Foster**
Foster Law Offices
PO Box 966
Meadville, PA 16335
814.724.1165
Fax : 814.724.1158
Email: dan@mrdebtbuster.com

**Chapter 13 Trustee**
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566

**US Trustee**
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756

                                                                /s/ Paul W. Cervenka
                                                                Paul W. Cervenka

RESTRICTED