Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William M. Foley Jr.** | : | Case No. 13−25353−GLT |
| **dba CWI Enterprises** | : | Chapter: 13 |
| **Lisa M. Foley** | : | |
| **aka Lisa M Tessler** | : | |
| *Debtor(s)* | : | |
| | : | Related to Docket No. 115 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *2nd day of May, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                  Case No. 13-25353-GLT
William M. Foley, Jr.                                                   Chapter 13
Lisa M. Foley
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                   Page 1 of 3                  Date Rcvd: May 02, 2017
                              Form ID: 309                 Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2017.
db             +William M. Foley, Jr.,    2942 Brevard Avenue,    Brentwood, PA 15227-2542
jdb            +Lisa M. Foley,    12310 Herold Drive,    Irwin, PA 15642-2974
cr             +HOUSEHOLD REALTY CORPORATION,     14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13772576       +Acs / College Loan Corp,    501 Bleecker Street,    Utica, NY 13501-2401
13772577       +Acs / Pnc Bank Na,    501 Bleecker Street,    Utica, NY 13501-2401
13772578       +Aldridge Connors LLP,    Bankruptcy Department,    780 Johnson Ferry Road,    # 600,
                 Atlanta, GA 30342-1439
13772579       +American Student Assistance Guarantor,     100 Cambridge Street,    Suite 1600,
                 Boston, MA 02114-2567
13772580       +Associates / Citibank,    Attn: Centralized Bankruptcy,    7255 Baymeadows Way,
                 Jacksonville, FL 32256-6851
13772585       +Barua Orthopedics, Ltd,    607 Michigan Avenue,    Jeanette, PA 15644-2433
13772591       +Chase Bank USA NA,    PO Box 740933,    Dallas, TX 75374-0933
13772592       +Citibank,    PO Box 790034,    Saint Louis, MO 63179-0034
13772593       +College Loan Corporation,    c/o ACS,    PO Box 22724,    Long Beach, CA 90801-5724
13772594        Consecofin,    345 Street Peter / 900 Landmark,    Saint Paul, MN 55102
13772596       +Diversified Collection,    Po Box 9048,    Pleasanton, CA 94566-9000
13805931        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
13772598        Equitable Gas Co,    Allegheny Center Mall,    Pittsburgh, PA 15212
13772600       +First Indiana,    135 North Pennsylvania Street,    Indianapolis, IN 46204-2464
13772607       +Gregory Javardian, Esquire,    1310 Industrial Boulevard,    1st Floor,    Suite 101,
                 Southampton, PA 18966-4030
13772609       +Harley Davison Credit Corp.,    PO Box 829009,    Dallas, TX 75382-9009
13791556       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, TX 75001-9013
13772617       +Missouri Student Loans,    Aes / Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13772620      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    PO Box 630267,    Irving, TX 75063)
13772618       +National Bankruptcy Services, LLC,    c/o Hilary B. Bonial,    PO Box 9013,
                 Addison, TX 75001-9013
13772619       +National City Card Services,    1 National City Parkway,    Kalamazoo, MI 49009-8003
13772622       +PA Department of Labor and Industry,     Attn: Joe Kots,    625 Cherry Street,    Room 203,
                 Reading, PA 19602-1152
13772629       +Sears / Cbna,    Attn: Bankruptcy Recovery,    PO Box 790034,    Saint Louis, MO 63179-0034
13772630       +Student Loan Mkt Assn,    Attention: Bankruptcy,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13772633       +Tnb - Visa,    Po Box 560284,    Dallas, TX 75356-0284
14314709        US Bank National Association,    PO Box 52708,    Irvine, CA 92619-2708
13772635       +Westmoreland Regional Hospital,    532 West Pittsburgh Street,    Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13772581        EDI: CINGMIDLAND.COM May 03 2017 00:53:00      AT&T Mobility,    PO Box 6416,
                 Carol Stream, IL 60197-6416
13787377       +EDI: CINGMIDLAND.COM May 03 2017 00:53:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
                 Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
13804781        EDI: AIS.COM May 03 2017 00:53:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
13772583        EDI: BANKAMER.COM May 03 2017 00:53:00      Bank Of America,    PO Box 982238,
                 El Paso, TX 79998
13772582       +EDI: BANKAMER.COM May 03 2017 00:53:00      Bac Home Loans Servicing,    450 American Street,
                 Simi Valley, CA 93065-6285
13772584       +EDI: TSYS2.COM May 03 2017 00:53:00      Barclays Bank Delaware,
                 Attention: Customer Support Department,    Po Box 8833,    Wilmington, DE 19899-8833
13772587       +EDI: AIS.COM May 03 2017 00:53:00      Capital One, N.a.,    C/O American Infosource,
                 Po Box 54529,    Oklahoma City, OK 73154-1529
13772588       +EDI: RECOVERYCORP.COM May 03 2017 00:53:00      Capital Recovery II LLC,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue,    Suite 1120,
                 Miami, FL 33131-1605
13772590        EDI: CHASE.COM May 03 2017 00:53:00      Chase,    2500 Westfield Drive,    Elgin, IL 60124-7700
13772589        EDI: CHASE.COM May 03 2017 00:53:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13772595       +EDI: CCUSA.COM May 03 2017 00:53:00      Credit Collection / Usa,    Po Box 873,
                 Morgantown, WV 26507-0873
13772597        EDI: ECMC.COM May 03 2017 00:53:00      ECMC,    PO Box 75906,    Saint Paul, MN 55175
13772599       +EDI: WFNNB.COM May 03 2017 00:53:00      Fashion Bug / Soanb,    1103 Allen Drive,
                 Milford, OH 45150-8763
13772601       +EDI: AMINFOFP.COM May 03 2017 00:53:00      First Premier Bank,    601 South Minnesota Avenue,
                 Sioux Falls, SD 57104-4868
13772602       +EDI: RMSC.COM May 03 2017 00:53:00      GE Money Bank / HH Gregg,    Attention: Bankruptcy,
                 Po Box 103106,    Roswell, GA 30076-9106
13772603       +EDI: RMSC.COM May 03 2017 00:53:00      GE Money Bank / JCPenney,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13772604       +EDI: RMSC.COM May 03 2017 00:53:00      GE Money Bank / Old Navy,    Attention: Bankruptcy,
                 Po Box 981400,    ElPaso, TX 79998-1400
13772605       +EDI: RMSC.COM May 03 2017 00:53:00      GE Money Bank / Walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
```

```
District/off: 0315-2                  User: dbas                    Page 2 of 3                   Date Rcvd: May 02, 2017
                                      Form ID: 309                  Total Noticed: 67

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13772606       +EDI: RMSC.COM May 03 2017 00:53:00      GE Money Bank / Walmart Dc,    Attention: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
13798361       +EDI: HFC.COM May 03 2017 00:53:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
                 Eagan, MN 55121-0188
13772613       +EDI: HFC.COM May 03 2017 00:53:00      HSBC Mortgage Services, Inc.,    PO Box 21188,
                 Saint Paul, MN 55121-0188
13772608       +E-mail/Text: bankruptcy.notices@hdfsi.com May 03 2017 01:03:33      Harley Davidson Financial,
                 Attn: Bankruptcy,    Po Box 21850,    Carson City, NV 89721-1850
13772610       +EDI: HFC.COM May 03 2017 00:53:00      Hsbc / Ms,    One HSBC Center,   Buffalo, NY 14203-2843
13772611       +EDI: HFC.COM May 03 2017 00:53:00      Hsbc / Retail Services,    Attn: Bankruptcy,   Po Box 5263,
                 Carol Stream, IL 60197-5263
13772612       +EDI: HFC.COM May 03 2017 00:53:00      Hsbc Bank,   PO Box 5253,    Carol Stream, IL 60197-5253
13772614       +EDI: CBSKOHLS.COM May 03 2017 00:53:00      Kohls,    Attn: Recovery Dept,   Po Box 3120,
                 Milwaukee, WI 53201-3120
13772615       +EDI: RMSC.COM May 03 2017 00:53:00      Lowes / MBGA,    Attention: Bankruptcy Department,
                 Po Box 103104,    Roswell, GA 30076-9104
13772616       +EDI: AIS.COM May 03 2017 00:53:00      Midland Funding LLC,    by American InfoSource LP,
                 Attn: Department 1,    PO Box 4457,   Houston, TX 77210-4457
13772621       +E-mail/Text: egssupportservices@egscorp.com May 03 2017 01:03:21      Nco Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2308
13772622       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 03 2017 01:03:46
                 PA Department of Labor and Industry,    Attn: Joe Kots,    625 Cherry Street,   Room 203,
                 Reading, PA 19602-1152
13850594        EDI: PRA.COM May 03 2017 00:53:00      Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
13788799        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2017 01:03:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13772623       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 03 2017 01:03:08      Pennsylvania Dept. of Revenue,
                 Department 280946,    PO Box 280946,   Attention: Bankruptcy Division,
                 Harrisburg, PA 17128-0946
13772625       +EDI: RESURGENT.COM May 03 2017 00:53:00      Pinnacle Credit Service,   Po Box 640,
                 Hopkins, MN 55343-0640
13772626       +E-mail/Text: csidl@sbcglobal.net May 03 2017 01:03:29      Premier Bank Card / Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
13772631       +EDI: WTRRNBANK.COM May 03 2017 00:53:00      Target,    Po Box 59317,
                 Minneapolis, MN 55459-0317
13772634        EDI: VERIZONEAST.COM May 03 2017 00:53:00      Verizon,    500 Technology Drive #550,
                 Saint Charles, MO 63304-2225
13772636       +EDI: WFFC.COM May 03 2017 00:53:00      Wfs Financial/Wachovia Dealer Services,   Po Box 19657,
                 Irvine, CA 92623-9657
                                                                                              TOTAL: 38

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE, LLC
cr             U.S. Bank National Association, not in its individ
13772586      ##+Bureau Of Collection,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13772624      ##+Phelan Hallinan & Schmieg, LLP,    c/o Robert P. Wendt,    555 Grant Street,   Suite 360,
                 Pittsburgh, PA 15219-4411
13772628      ##+RJM Acquisitions, LLC,    575 Underhill Boulevard,    Suite 2,   Syosset, NY 11791-3416
13772627      ##+Radiologic Consultants LTD,    514 Pellis Road,    Suite 200,   Greensburg, PA 15601-4593
13772632      ##+The Bureaus Inc,    1717 Central Street,    Evanston, IL 60201-1507
                                                                                   TOTALS: 2, * 0, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2017                                         Signature:  /s/Joseph Speetjens

```
District/off: 0315-2         User: dbas              Page 3 of 3           Date Rcvd: May 02, 2017
                             Form ID: 309            Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 2, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Lisa M. Foley dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff William M. Foley, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor William M. Foley, Jr. dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Plaintiff Lisa M. Foley dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Jill  Manuel-Coughlin    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              Joshua I. Goldman     on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity but solely as trustee for the RMAC Trust, Series 2016-CTT lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 10
```