**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

WILLIAM M. FOLEY, JR.
LISA M. FOLEY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:13-25353 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 12/30/2013  and confirmed on 03/03/2014 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,659.76 |
| Less Refunds to Debtor | 111.69 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,548.07 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,518.72 | |
|    Trustee Fee | 1,014.66 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,533.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXX1/14 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 4,692.59 | 4,692.59 | 0.00 | 4,692.59 |
|   Acct: 7327 | | | | |
| US BANK NA | 0.00 | 16,210.32 | 0.00 | 16,210.32 |
|   Acct: 2274 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXX2/13 | | | | |
| | | | | 20,902.91 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 926.24 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM M. FOLEY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM M. FOLEY, JR. | 111.69 | 111.69 | 0.00 | 0.00 |
|   Acct: | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 13-25353 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type  Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | | |
| | DANIEL P FOSTER ESQ** | 3,700.00 | 3,592.48 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF LABOR & INDUSTRY( | 122.96 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX5162 | | | | |
| | PA DEPARTMENT OF REVENUE* | 469.82 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXX6541 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 111.78 | 111.78 | 0.00 | 111.78 |
| | Acct: XXXXXN NA | | | | |
| | | | | | 111.78 |
| Unsecured | | | | | |
| | HOUSEHOLD REALTY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7897 | | | | |
| | ECMC(*) | 8,105.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 5162 | | | | |
| | AFSA DATA CORP/ACS** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1621 | | | | |
| | AMERICAN STUDENT ASSISTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0393 | | | | |
| | BAC HOME LOAN SERVICING LP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6479 | | | | |
| | BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7327 | | | | |
| | BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2507 | | | | |
| | AT & T MOBILITY II LLC | 424.25 | 0.00 | 0.00 | 0.00 |
| | Acct: 9590 | | | | |
| | CAPITAL ONE BANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4947 | | | | |
| | CAPITAL RECOVERY II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7991 | | | | |
| | CHASE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6857 | | | | |
| | CITIBANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7957 | | | | |
| | CONSECO/FKA GREEN TREE ACCPTNC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2315 | | | | |
| | CREDIT COLLECTIONS USA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2101 | | | | |
| | DIVERSIFIED COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0742 | | | | |
| | DIVERSIFIED COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2427 | | | | |
| | EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6403 | | | | |
| | FASHION BUG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6895 | | | | |
| | FIRST INDIANA BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2651 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5683 | | | | |
| | GEMB/HH GREGG++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7650 | | | | |
| | GEMB/JCPENNEY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8166 | | | | |

| 13-25353 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 4 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   GEMB / OLD NAVY++<br>    Acct: 8796 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WAL MART++<br>    Acct: 4869 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WAL MART++<br>    Acct: 4498 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HARLEY DAVIDSON CREDIT CORP*<br>    Acct: 1850 | 2,556.19 | 0.00 | 0.00 | 0.00 |
|   HSBC BANK++<br>    Acct: 4522 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HSBC BANK++<br>    Acct: 9075 | 0.00 | 0.00 | 0.00 | 0.00 |
|   HSBC BANK++<br>    Acct: 0816 | 0.00 | 0.00 | 0.00 | 0.00 |
|   KOHL'S<br>    Acct: 3452 | 0.00 | 0.00 | 0.00 | 0.00 |
|   GECC/ LOWE'S++<br>    Acct: 9459 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AES (AMERICAN EDUCATION SRVCS)<br>    Acct: 0006 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NATIONAL BANKRUPTCY SERVICES LLC (<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK FORMERLY NATIONAL CITY BA<br>    Acct: 6747 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PNC BANK FORMERLY NATIONAL CITY BA<br>    Acct: 2180 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NCO FINANCIAL SYSTEMS INC(*)++<br>    Acct: 1971 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ROBERT P WENDT ESQ<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   PINNACLE CREDIT SERVICES LLC<br>    Acct: 3607 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PREMIER BANKCARD/CHARTER<br>    Acct: ? | 0.00 | 0.00 | 0.00 | 0.00 |
|   RJM ACQUISITIONS LLC*++<br>    Acct: 1261 | 0.00 | 0.00 | 0.00 | 0.00 |
|   SEARS/CITI CARD USA*++<br>    Acct: 6182 | 0.00 | 0.00 | 0.00 | 0.00 |
|   STUDENT LOAN MARKETING ASSOC<br>    Acct: 0001 | 0.00 | 0.00 | 0.00 | 0.00 |
|   TARGET NATIONAL BANK<br>    Acct: 4619 | 0.00 | 0.00 | 0.00 | 0.00 |
|   THE BUREAUS INC<br>    Acct: 8409 | 0.00 | 0.00 | 0.00 | 0.00 |
|   TNB VISA<br>    Acct: 1018 | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN INFOSOURCE LP AGENT FOR \<br>    Acct: 0001 | 319.58 | 0.00 | 0.00 | 0.00 |
|   WACHOVIA DEALER SERVICES<br>    Acct: 1662 | 0.00 | 0.00 | 0.00 | 0.00 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: XXXXX6541 | 487.04 | 0.00 | 0.00 | 0.00 |
|   PRA/PORTFOLIO RECOVERY ASSOC<br>    Acct: 6490 | 1,570.62 | 0.00 | 0.00 | 0.00 |
|   JOSHUA I GOLDMAN ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 21,014.69 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 704.56 | |
| SECURED | 4,692.59 | |
| UNSECURED | 13.463.01 | |

Date: 07/21/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com